UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel J. Riley
    Petitioner

           v.                           Civil No. 08-cv-73-JD

Strafford County Department
    of Corrections, Superintendent
    Respondent

United States of America
    Intervenor

## O R D E R

On February 27, 2008, the intervenor, United States of America, filed a Notice of Removal removing a habeas corpus petition filed by petitioner, Daniel J. Riley, dated November 19, 2007, from the New Hampshire Supreme Court to this court. It has been assigned the civil case number shown above.

The United States of America shall electronically file a certified copy of the State Court Record by March 17, 2008. Pursuant to 28 U.S.C. § 2243, no further action is required by the respondent or intervenor until directed by order of a judicial officer of this court.

SO ORDERED.

Date  March 3, 2008                         /s/ James R. Muirhead:
                                                     James R. Muirhead
                                                     United States Magistrate Judge

cc:    Daniel J. Riley, pro se
        Ann M. Rice, Esq.
        Thomas Velardi, Esq.
        Aixa Maldonado-Quinones, Esq.