```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

Daniel Riley

    v.                            Civil No. 08-cv-73-JD

Strafford County Department
of Corrections, Superintendent
and United States of America

                            O R D E R

      The undersigned recuses himself from presiding over this case.

      SO ORDERED.

                                  /s/ Joseph A. DiClerico, Jr.
                                  Joseph A. DiClerico, Jr.
                                  United States District Judge

Date:  March 5, 2008

cc:  Aixa Maldonado-Quinones, Esquire
     Ann M. Rice, Esquire
     Daniel Riley, pro se
     Thomas Velardi, Esquire