```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Daniel Riley**

   **v.**                                               Case No.   08-cv-73-JD

**Strafford County Dept. of Corrections, Superintendent**

### O R D E R

I recuse myself from presiding over this case.

SO ORDERED.

                                            /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

March 6, 2008

cc:  Daniel Riley, pro se
     Ann M. Rice, Esq.
     Thomas Velardi, Esq.
     Aixa Maldonado-Quinones, Esq.