```
              UNITED STATES DISTRICT COURT

                DISTRICT OF NEW HAMPSHIRE
```

Daniel J. Riley,
    Petitioner

v.                                          Civil No. 08-cv-73

Warren Dowaliby, Superintendent
of the Strafford County
Department of Corrections,
    Respondent

United States of America,
    Intervenor


**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.


**SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    Chief Judge

March 10, 2008

cc:  Daniel J. Riley, pro se
     Ann M. Rice, Esq.
     Thomas Velardi, Esq.
     Aixa Maldonado-Quinones, AUSA