UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Daniel J. Riley,
    Petitioner

v.                                              Civil No. 08-cv-73

Warren Dowaliby, Superintendent
of the Strafford County
Department of Corrections,
    Respondent

United States of America,
    Intervenor

**O R D E R**

All of the judges in this district were recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

March 10, 2008

cc:  Daniel J. Riley, pro se
     Ann M. Rice, Esq.
     Thomas Velardi, Esq.
     Aixa Maldonado-Quinones, AUSA Date
     Clerk, USDC, Maine

## Concurring Order

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge _Kravchuk_ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him/her by the district judge to whom this case is assigned.

_____
Chief Judge, Assignee District

Date: 3/12/08

cc:   Daniel J. Riley, pro se
      Ann M. Rice, Esq.
      Thomas Velardi, Esq.
      Aixa Maldonado-Quinones, AUSA