## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **DANIEL J. RILEY,** )<br>)<br>Petitioner )<br>v. )<br>)<br>**STAFFORD COUNTY DEPART-** )<br>**MENT OF CORRECTIONS,** )<br>**SUPERINTENDENT,** )<br>)<br>Respondent )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Intervenor ) | Civil No. 1:08-cv-73-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 12) filed April 29, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Petitioner's Writ of Habeas Corpus (Docket No. 1, Ex. A) is **DENIED**, Therefore, this case is **DISMISSED**.

  /s/ George Z. Singal    
Chief United States District Judge

Dated this 27th day of May, 2008.